FILED: May 12, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-4239
(8:20-cr-00231-TDC-1)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

KYMBERLY STARR

    Defendant - Appellant

_____

O R D E R

_____

The court grants the motion for extension and extends the briefing schedule as follows:

    Supplemental response brief due: 06/06/2025

    Supplemental reply brief permitted by: 06/16/2025

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk